PD-1594-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/4/2015 3:04:03 PM
Accepted 2/5/2015 8:30:58 AM
ABEL ACOSTA
CLERK

No. PD-1594-14

IN THE

## Court of Criminal Appeals
## At Austin

FILED IN
COURT OF CRIMINAL APPEALS

February 5, 2015

ABEL ACOSTA, CLERK

# ANTONIO BRAVO,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

Cause number 1375810
In the 183rd Judicial District Court
Of Harris County, Texas

Cause number No. No. 01-13-00899-CR
In the Court of Appeals for the First Judicial District

## *Appellant's Motion for Extension of Time Within Which to file Petition for Discretionary Review*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

ANTONIO BRAVO, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his petition for discretionary review. In support of his motion, the appellant submits the following:

(A) The appellant's petition for discretionary review is due on December 29, 2014.

(B)     The appellant seeks an extension of time to file the appellant's petition for discretionary review until, January 26, 2015.

(C)     The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to an unexpected hospitalization because of a medical emergency, the undersigned was unable to complete the appellant's petition by December 29th and requests an additional 28 day extension of time to file the petition that accompanies this motion..

(D)     One previous motion requesting an extension of time to file the appellant's petition for discretionary review has been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until January 26, 2015.

Respectfully submitted,

___/s/___Kelly Smith_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that this document contains 300 words and on January 25, 2015, a copy of the foregoing was electronically served on the State of Texas.

___/s/___Kelly Smith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*